**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angela L. Kalhan

Debtor(s)

CHAPTER 13

BKY. NO. 26-21434 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK, NA and index same on the master mailing list.

     Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
01 Jun 2026, 15:21:04, EDT

Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com