Certificate Number: 17082-PAW-DE-041449497

Bankruptcy Case Number: 26-21434

17082-PAW-DE-041449497

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2026, at 6:56 o'clock PM MST, ANGELA L KALHAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 15, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director